**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE: L'Abbe, Lawrence and Cindy                    Case No. 17-40477TLH4
                                                     Chapter 7

_____/

**REPORT AND NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE**

TO:    Debtor(s), Creditors and Parties in Interest

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P.9006 (f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Sherry F. Chancellor, Trustee, 619 West Chase Street, Pensacola, Florida 32502 and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. **Description of Property**: pistol- $200.00, 2003 Nissan Murano with no lien and less $1,000.00 exemption- $200.00, equity in 2010 Pontiac Vibe with no lien and less exemption of $1,000.00- $3,550.00, washer/dryer and outdoor items $250.00.

2. **Manner of Sale**: Private ( X )*    Public Auction ( )

3. **Terms of Sale**: Private sale to Lawrence and Cindy L'Abbe, the debtors, for the sum of $4,200.00 payable in twelve equal monthly payments of $350.00 with the first payment being due January 15, 2018 and each month on the 15th thereafter until paid in full.

   * (Applicable to private sales only) The trustee will entertain higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than the close of business on January 18, 2018.

If no objection is filed, the sale described above will take place.

DATED: 12/28/17                    /s/ Sherry Fowler Chancellor,
                                   SHERRY FOWLER CHANCELLOR, Trustee
Mailed: 12/28/17                   619 W. Chase Street, PENSACOLA, FL 32502
                                   (850) 436-8445

Copies mailed to all parties listed on the attached Court's mailing matrix on December 28, 2017 by P. McDonald

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 17-40477-KKS<br>Northern District of Florida<br>Tallahassee<br>Thu Dec 28 10:04:07 EST 2017 | Eglin Federal Credit Union<br>838 Eglin Parkway, N.E.<br>Ft. Walton Beach, FL 32547-2781 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Secretary of the Treasury<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Eglin Federal Cr Union<br>838 Eglin Pkwy Ne<br>Ft Walton Bch, FL 32547-2781 | Eglin Federal Credit Union<br>838 Eglin Parkway NE<br>Fort Walton Beach, FL 32547-2781 | Eglin Federal Credit Union<br>838 NE Eglin Parkway<br>Ft. Walton Beach, FL 32547-2781 |
| Eglin Federal Credit Union<br>c/o Ashley B. Rogers, Esq.<br>398 N. Main St., Ste. B<br>Crestview, FL 32536-3508 | Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 | Sacred Heart<br>PO Box 2488<br>Pensacola, FL 32513-2488 |
| Sacred Heart<br>PO Box2488<br>Pensacola, FL 32513-2488 | Syncb/citgo<br>Po Box 965060<br>Orlando, FL 32896-5060 | US Dept. of Education<br>po Box 530210<br>Atlanta, GA 30353-0210 |
| Voelker Surveying, LLC<br>110 Logan Lane, Ste. 4<br>Santa Rosa Beach, FL 32459-5780 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wells Fargo Mortgage<br>PO Box 105647<br>Atlanta, GA 30348-5647 |
| Cindy Sigler L'Abbe<br>169 Lakeview Drive<br>Santa Rosa Beach, FL 32459-6603 | Jeff Sessions<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Kathryn A. Hathaway<br>Hathaway Law Firm<br>P.O. Box 3005<br>Tallahassee, FL 32315-3005 |
| Lawrence K L'Abbe<br>169 Lakeview Drive<br>Santa Rosa Beach, FL 32459-6603 | Sherry Chancellor<br>Law Office of Sherry F. Chancellor<br>619 West Chase St.<br>Pensacola, FL 32502-4711 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
U.S. Securities & Exchange Commission      Wells Fargo Bank
Branch of Reorganization                   8480 Stagecoach Cir
3475 Lenox Rd., N.E. Suite 100             Frederick, MD 21701
Atlanta, GA 30326-1323
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service       (d)PRA Receivables Management, LLC      End of Label Matrix
P.O. Box 7346                     PO Box 41021                            Mailable recipients    28
Philadelphia, PA 19101-7346       Norfolk, VA 23541-1021                  Bypassed recipients     2
                                                                          Total                  30
```